**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LILY NGUYEN, EMZORA MITCHELL and FRANK ORTEGA, *on behalf of themselves and all others similarly situated*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:24-cv-8289 |
| | ) | Judge Manish S. Shah |
| ABBOTT LABORATORIES, INC. | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Pursuant Federal Rule of Civil Procedure 12(b)(6), Abbott Laboratories Inc. ("Abbott"), by counsel, hereby moves to dismiss the Class Action Complaint (Dkt. No. 1, the "Complaint") of Lily Nguyen, Emzora Mitchell and Frank Ortega, on behalf of themselves and all others similar situated ("Plaintiffs'). In support of this motion, Abbott incorporates the authority and arguments in its Memorandum in Support of its Motion to Dismiss Plaintiff's Class Action Complaint filed simultaneously herewith.

WHEREFORE, Defendant Abbott Laboratories Inc., respectfully requests that the Court enter an Order: (1) dismissing Plaintiffs' Class Action Complaint in its entirety, with prejudice without leave to amend, and (2) granting such other relief the Court deems just and proper.

Dated: November 21, 2024

Respectfully submitted,

**ABBOTT LABORATORIES, INC.**

By: *<u>/s/ William F. Farley</u>*
One of Its Attorneys

Timothy Ray
William F. Farley
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Phone 312.263.3600
Fax 312.578.6666
timothy.ray@hklaw.com
william.farley@hklaw.com