**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LILY NGUYEN, EMZORA MITCHELL and FRANK ORTEGA, *on behalf of themselves and all others similarly situated,* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:24-cv-8289<br>Judge Manish S. Shah |
| ABBOTT LABORATORIES, INC. | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Abbott Laboratories, Inc. ("Abbott"), by counsel, hereby moves to dismiss the First Amended Class Action Complaint ("FACC") (Dkt. No. 33) of Lily Nguyen, Emzora Mitchell and Frank Ortega, on behalf of themselves and all others similar situated ("Plaintiffs"). In support of this Motion, Abbott incorporates the authority and arguments in its Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' First Amended Class Action Complaint filed simultaneously herewith.

WHEREFORE, Defendant Abbott Laboratories Inc., respectfully requests that the Court enter an Order: (1) dismissing Plaintiffs' First Amended Class Action Complaint in its entirety, with prejudice without leave to amend, and (2) granting such other relief the Court deems just and proper.

Dated: October 3, 2025

Respectfully submitted,

**ABBOTT LABORATORIES, INC.**

By: */s/ William F. Farley*

William F. Farley (6305896)
Timothy Ray (6230099)
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Phone 312.263.3600
Fax 312.578.6666
william.farley@hklaw.com
timothy.ray@hklaw.com

Mark S. Melodia (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
787 Seventh Avenue, 31st Floor
New York, NY 10019
(212) 513-3583
mark.melodia@hklaw.com

Ashley L. Shively (264912)
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
(415) 743-6906
ashley.shively@hklaw.com

Caitlin F. Saladrigas (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
777 South Flagler Drive,
Suite 1900, West Tower
West Palm Beach, FL 33401
(561) 650-8349
caitlin.saladrigas@hklaw.com

*Counsel for Defendant*
*Abbott Laboratories, Inc.*