**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Lily Nguyen, et al.,

Plaintiffs,

v.

Abbott Laboratories, Inc.,

Defendant.

Case No. 24-cv-08289
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $              ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant Abbott Laboratories, Inc.,
and against plaintiffs Lily Nguyen, Emzora Mitchell,and Frank Ortega.

Defendant shall recover costs from plaintiffs.

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 3/2/2026

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk